**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2480**
**Chapter 13 Standing Trustee**

---

IN RE:

OLMEDO GONZALEZ

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Case No.:  10-39102 MS**

**HEARING DATE:  12/16/2010**

---

## TRUSTEE'S OBJECTIONS TO CONFIRMATION

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed plan respectfully objects as follows:

■    Debtor failed to meet the requirements of 521(e)(2)(A)(i), in that the Debtor failed to produce a copy of the most recently filed pre-petition tax return or transcript thereof.

■    Debtor:
  ■    failed to appear at the scheduled 341A Meeting of Creditors hearing on 10/26/2010.

WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied and the case be dismissed.

Dated:  October 28, 2010

By:  /S/ Marie-Ann Greenberg
       Marie-Ann Greenberg, Esquire
       Chapter 13 Standing Trustee

cc:  BENJAMIN JAMIE GINTER, ESQ.